UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  VICTOR MENDEZ              B.K. NO.: 1:09-bk-14346
     Debtor

### RESPONSE TO ORDER TO SHOW CAUSE

Debtor, by his Attorney, responds to the Order to Show Cause as follows:

1. The Debtor filed his status report today

2. Debtor should be terminated from the Order to Show Cause.

Wherefore, Debtor responds to the Order to Show Cause and requests that the Loss Mitigation be continued for an additional thirty days.

|  |  |
|---|---|
| November 16, 2010 | VICTOR MENDEZ<br>By his Attorney |
|  | /s/ John B. Ennis<br>JOHN B. ENNIS, ESQ. #2135<br>1200 Reservoir Avenue<br>Cranston, Rhode Island 02920<br>(401) 943-9230 |

## CERTIFICATION

I hereby certify that I mailed a copy of the above Response to Order to Show Cause to the following electronically or by regular mail, postage prepaid on this 16th day of November, 2010.

Andrew Richardson, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI  02906

Office of the U.S. Trustee
10 Dorrance Street
Room 519
Providence, RI  02903

Jeffrey Hardiman, Esq.
Bendett and McHugh, PC
160 Farmington Avenue
Hartford, CT 06032

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

                                              /s/ John B. Ennis, Esq.