**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

---

In re:   Victor Mendez                                    Case No. 09-14346

          Debtor,                                         Chapter: 7

---

### ORDER TO SHOW CAUSE AGAINST DEBTOR VICTOR MENDEZ, AND CREDITOR US BANK NA, WHY LOSS MITIGATION SHOULD NOT BE TERMINATED, AND/OR SANCTIONS IMPOSED, FOR FAILURE TO FILE A LOSS MITIGATION STATUS REPORT

On December 12, 2009, the Court entered an Order [doc. #12] granting the debtors' request to participate in loss mitigation as to the debtors' residence located at 69 Courtland Street, Providence, R.I. Thereafter, on March 25, 2011, an order was entered extending the loss mitigation period [doc. #73], and requiring the parties to file a written status report with the Court on or before April 25, 2011, advising the Court of the status of the loss mitigation. To date, the parties have failed to file the loss mitigation status report.

Accordingly, the Debtor Victor Mendez and Creditor US Bank NA are hereby **ORDERED TO SHOW CAUSE, in writing, on or before May 10, 2011** why loss mitigation should not be **TERMINATED**, and or sanctions imposed for failure to comply with the Order Extending Loss Mitigation Period and Requiring a Written Status Report.

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Entered on Docket:  4/26/2011
Document Number:  75

---